FILED
FEB 14 2019
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|  ) | CASE NUMBER: 19-mj-8017-GCS |
| Plaintiff, ) | |
|  ) | |
| vs. ) | |
|  ) | |
| JOSE ALBERTO IXTEPAN-CHAGALA ) | |
|  ) | |
| Defendant. ) | |

## CRIMINAL COMPLAINT

I, Dwayne E. Haferkamp, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

### ALIEN IN POSSESSION OF A FIREARM

On or about February 11, 2019, in Madison County, Illinois, within the Southern District of Illinois,

**JOSE ALBERTO IXTEPAN-CHAGALA**

then being an alien illegally and unlawfully in the United States, did knowingly possess in and affecting interstate commerce, a Taurus PT111, 9mm handgun, bearing serial # THS59049, in violation of Title 18, United States Code, Section 922(g)(5)(A).

### AFFIDAVIT

I further state that I am a Special Agent with the Immigration & Customs Enforcement (ICE), Homeland Security Investigations (HSI), and have been so employed for over nine years. As part of my daily duties as an HSI Special Agent, I investigate criminal violations relating to the investigation of any criminal or administrative violation(s) of the Immigration and Nationality Act

and Customs violations of the United States.

## INTRODUCTION

1) Based on the following, there is probable cause to believe that **Jose Alberto IXTEPAN-CHAGALA,** an alien illegally and unlawfully in the United States, knowingly possessed a firearm, namely a 9mm Taurus PT111, bearing serial # THS59049, in violation of Title 18, United States Code, Section 922(g)(5)(A).

2) On February 11, 2019, your affiant received information from the Alton, Illinois, Police Department and Immigration and Customs Enforcement (ICE) agents in St. Louis, Missouri, that IXTEPAN-Chagala was being detained in the Madison County, Illinois, Jail on the following state charges: 1) Aggravated Assault with a Weapon; 2) Reckless Discharge of a Firearm; and 3) Possession of a Stolen Firearm.

3) On February 11, 2019, IXTEPAN-CHAGALA was arrested by the Alton Police Department following a 911 call for police assistance at IXTEPAN-CHAGALA's residence, which is located at 3818 Western Avenue, Alton, Illinois. This 911 call was made in reference to a report of shots being fired at the aforementioned residence. Alton Police dispatch relayed to responding officers that a Hispanic male was in the back yard of this residence holding a firearm to his head. Upon arrival of officers at this residence, IXTEPAN-CHAGALAS's girlfriend, Caylee Weinmann, informed the officers that "he (IXTEPAN-CHAGALA) threw the gun in the backyard." IXETEPAN-CHAGALA was then located by the officers in the backyard of the residence and was taken into custody. In an interview moments later, Weinmann stated to officers that she was awakened by IXTEPAN-CHAGALA, who had a gun "held to her head." Weinmann described the firearm held to her head as "smaller than a police gun." According to Weinmann, a domestic disagreement involving allegations of infidelity had been the cause of the argument. Weinmann stated that she followed IXTEPAN-CHAGALA

2

out of the rear door of their residence after IXTEPAN-CHAGALA had taken her cellphone. According to Weinmann, she then attempted to retrieve her phone by grabbing it from IXTEPAN-CHAGALA. Weinmann stated that IXTEPAN-CHAGALA then placed the firearm next to her head and fired approximately six rounds into the air. Weinmann also stated that after IXTEPAN-CHAGALA fired another round from the firearm, she observed him walking back toward the residence without the firearm. Weinaman added that IXTEPAN-CHAGALA had previously threatened her with the firearm and this was not the first time he "physically placed" the firearm to her head.

    4)    Alton police officers then processed the crime scene and collected five spent 9mm Ruger shell casings and two 9mm Luger rounds from the back porch of the residence. Officers also recovered one yellow plastic bag containing 61 additional live 9mm Luger rounds from behind the residence of 3819 Horn Avenue, Alton, Illinois. Officers then recovered a black Taurus PT111m 9mm handgun, bearing serial # THS59049, behind the 3819 Horn Avenue address. The firearm had one live 9mm Luger in the chamber and an empty 12 round magazine inserted into the firearm. A computer inquiry of the firearm was conducted by an Alton police officer. Through this inquiry the officer learned that the firearm was reported stolen. It should be noted that the affiant was informed by Detective PJ Bennett that the 3819 Horn Avenue address is located immediately to the rear of the property line of the 3818 Western Avenue address.

    5)    Officers then conducted a recorded interview of Weinmann, who repeated the statements she had made to the officers upon their arrival at the residence. During this interview, Weinmann added that 1) she thought IXTEPAN-CHAGALA was going to kill her; 2) her children observed what was happening and began to scream at IXTEPAN-CHAGALA; 3)

IXTEPAN-CHAGALA had been in possession of the firearm for approximately one month; 4) she was unsure of how IXTEPAN-CHAGALA obtained the firearm; 5) she had seen IXTEPAN-CHAGALA with a yellow Dollar General bag containing a large amount of "bullets;" and 6) IXTEPAN-CHAGALA typically kept the firearm in his waistband and had obtained the firearm for his own protection. The officers then showed pictures of the recovered firearm to Weinmann, who positively identified the firearm as the one IXTEPAN-CHAGALA had fired earlier that day.

6) Following the arrest of IXTEPAN-CHAGALA, ICE Deportation Officer (DO) Craig Miller was able to confirm that IXTEPAN-CHAGALA is not in the United States legally. Consequently, DO Miller immediately filed an ICE immigration detainer against IXTEPAN-CHAGALA at the Madison County, Illinois, jail.

7) On February 12, 2019, Officers from Alton, Illinois, Police Deparment conducted a recorded interview with IXTEPAN-CHAGALA, who waived his Miranda warnings prior to the interview. During the interview, IXTEPAN-Chagala admitted he possessed the aforementioned firearm and shot it into the ground three times at his residence earlier that day. IXTEPAN-CHAGALA further acknowledged 1) knowing he cannot legally possess a gun; 2) having come to the United States approximately ten years ago; and 3) and having remained in the United States illegally since that time.

8) On February 14, 2019, your affiant contacted ATF Special Agent Mathew Inlow and provided the make, model, and serial number of the firearm used in this offense. The purpose of this contact was to confirm that the firearm affected interstate commerce prior to IXTEPAN-CHAGALA's possession of it on February 11, 2019. SA Inlow informed the undersigned that the firearm used in this offense was manufactured outside the State of Illinois

and had to have entered into and affected interstate commerce prior to IXTEPAN-CHAGALA's possession of it on February 11, 2019.

9) Based on the foregoing information, I respectfully submit that there is probable cause to believe that Jose Alberto IXTEPAN-CHAGALA has violated Title 18, United States Code, Section 922(g)(5)(A). This violation occurred in Madison County, Illinois, which is within the Southern District of Illinois.

FURTHER AFFIANT SAYETH NAUGHT.

_____
DWAYNE E. HAFERKAMP,
Special Agent
Immigration and Customs Enforcement
Homeland Security Investigations

State of Illinois      )
                       )   SS.
County of Madison      )

Sworn to before me, and subscribed in my presence on the 14th day of February 2019, at East St. Louis, Illinois.

_____
GILBERT C. SISON
United States Magistrate Judge

_____
DANIEL T. KAPSAK,
Assistant United States Attorney